PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: PLMCCABE@aol.com

Attorney for Plaintiff,
PERCY ROY MATTHEWS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERCY ROY MATTHEWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner Social Security,<br><br>　　　　Defendant. | Case No.: CV 11-09903-AGR<br><br>ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Alicia G. Rosenberg |

　　　Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of Six Thousand Four Hundred Twenty and 98/100 Dollars ($6,420.98), pursuant to 28 U.S.C. § 2412(d), and costs in the amount of Seventy Nine and 02/100 Dollars ($79.02), pursuant to 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

　　　IT IS SO ORDERED.

Date: May 21, 2013

_____
UNITED STATES MAGISTRATE JUDGE